UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CHRIS NAVARRO,

               Plaintiff,                      NOTICE OF DISMISSAL
                                                           08 CV 204 (AKH)(JCF)

       -against-

THE CITY OF NEW YORK and "JOHN
DOE" 1-5, the names being fictitious and
presently unknown, individually and in
their official capacity as employees of
the New York City Police Department,

               Defendants.

------------------------------------------------------------x

       PLEASE TAKE NOTICE that the undersigned, attorney for plaintiff herein, hereby dismisses this action pursuant to Fed.R.Civ.P. R.41(a)(1)(i).

Dated: January 15, 2008
       Brooklyn, New York

                                                      _____
                                                      MATTHEW FLAMM **MF1309**
                                                      Attorney for Plaintiff
                                                      26 Court Street, Suite 600
                                                      Brooklyn, New York  11242
                                                      (718) 797-3117