UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

CHRIS NAVARRO,

                Plaintiff,

      -against-

THE CITY OF NEW YORK and "JOHN
DOE" 1-5, the names being fictitious and
presently unknown, individually and in
their official capacity as employees of
the New York City Police Department,

                Defendants.

----------------------------------------------------------x

NOTICE OF DISMISSAL
08 CV 204 (AKH)(JCF)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/08

      PLEASE TAKE NOTICE that the undersigned, attorney for plaintiff herein,

hereby dismisses this action pursuant to Fed.R.Civ.P. R.41(a)(1)(i).

Dated: January 15, 2008
       Brooklyn, New York

                                          _____
                                          MATTHEW FLAMM MF1309
                                          Attorney for Plaintiff
                                          26 Court Street, Suite 600
                                          Brooklyn, New York  11242
                                          (718) 797-3117

*So ordered, the conf scheduled 3/28/08 is cancelled,*
*2-25-08*
*[signature]*